FILED

FEB 2 8 2005

CLERK U S BANKRUPTCY COURT
WESTERN DISTRICT OF OKLAHOMA
_____ DEPUTY

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF OKLAHOMA

IN RE: PREMIERE CARE PHYSICIANS P.C.

Debtor

Case No. 99-17696 NLJ

Chapter 7

### TRUSTEE'S REPORT OF UNCLAIMED FUNDS

COMES NOW, L. Win Holbrook, Trustee of the above-captioned bankruptcy matter, Pursuant to Rule 3010 Fed. R. Bankr. P. and reports to the Court Clerk the following are unclaimed funds.

| CLAIMANT | AMOUNT |
|---|---|
| UNIVERSITY HEALTH PARTNERS AHC INC<br>ATTN: LISA PIMENTEL<br>10002 BATTLEVIEW PKWY<br>MANSASSAS VA 20109<br>CLAIM # 295 | $4,730.68 |
| TOTAL: | $4,730.68 |

A check made payable to the Court Clerk is attached hereto for deposit into unclaimed funds.

Date:   February 28, 2005

E. Win Holbrook, Trustee
120 N. Robinson, Suite 2205
Oklahoma City, OK 73102
(405) 232-3664

501